DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 JUNE 2015

| | | | |
|---|---|---|---|
| 123P15 | State v. Loranzo Square, III | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-181) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| 125P15 | State v. Paul A. Fuller | Def's *Pro Se* Petition for *Writ of Mandamus* (COAP15-183) | Dismissed |
| 129P15 | State v. Marqueion Jamal Harrison | 1. Def's *Pro Se* Motion for Appropriate Relief | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 130P15 | In re James R. Clark | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 131P15 | State v. Daniel Walter Setzer | Def's PDR Under N.C.G.S. § 7A-31 | Denied |
| 135P15 | State v. Leonard Eugene Joyner | Def's PDR Under N.C.G.S. § 7A-31 (COA14-957) | Denied |
| 136P15 | State v. Kevin Crawford Gunter | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-942) | Denied |
| 138P15 | State v. Percy Edward Smith | Def's *Pro Se* Petition for *Writ of Mandamus* Under N.C.G.S. § 7A-32(b) | Dismissed |
| 141P15 | State v. Lamont Dashawn Lafoucade | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA14-820) | 1. Denied |
| | | 2. Def's Petition for *Writ of Certiorari* to Review Decision of COA | 2. Denied |
| 142P15 | In re Jermain Covington | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 143P15 | State v. Jacob Mark Spivey | 1. State's Motion for Temporary Stay (COA14-1046) | 1. Allowed **04/24/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 144P15 | State v. Calvin Lewis Moore, Jr. | 1. State's Motion for Temporary Stay | 1. Allowed **04/27/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR | 3. |